1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Connie D. Rosales

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CONNIE D. ROSALES,              ) Case No.: 2:10-cv-01771 - MAN
                                   )
12         Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant               )
16 _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Attorney

19 Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §

20 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 (the "Stipulation"):

21     IT IS ORDERED that fees and expenses in the amount of $4,700.00, as

22 authorized by 28 U.S.C. § 2412, and costs in the amount of $60.00, as authorized

23 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

24 DATE: September 6, 2011                    *Margaret A. Nagle*

25                                  _____
                                    MARGARET A. NAGLE
26                                  UNITED STATES MAGISTRATE JUDGE

-1-